Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-221-ELG |
| | ) | (Chapter 11) |
| 1616 27TH STREET FLATS L.L.C. | ) | |
| | ) | |
| Debtor. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor WCP Fund I LLC, and serve all pleadings and court papers upon undersigned counsel.

Respectfully submitted,

Dated: June 20, 2024                By: <u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

*[Certificate of Service on Following Page]*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

John E. Reid, Esq.
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
jack@martinlawgroup.com
*Counsel for the Debtor*

and

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

    /s/ Maurice B. VerStandig
    Maurice B. VerStandig