UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 24-00221-ELG** |
| **1616 27th Street Flats L.L.C.** | **Chapter 11** |
| Debtor | |

**ORDER TO SHOW CAUSE**

The Debtor had until **06/24/2024** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 3).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **07/10/2024 at 9:30AM and in Courtroom 1 or via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor(s) bankruptcy case should not be dismissed and/or why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB
Dated: 6/25/2024

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.