**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-00221 ELG |
| 1616 27th STREET FLATS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**STIPULATION AND CONSENT ORDER GRANTING**
**RELIEF FROM THE AUTOMATIC STAY**

Debtor 1616 27th Street Flats L.L.C. ("Debtor"), through its undersigned counsel, and Forbright Bank ("Forbright"), through its undersigned counsel, subject to the approval of the Court, enter into this Stipulation and Consent Order Granting Relief from the Automatic Stay (this "Stipulation and Order").

**Stipulation**

A.    Debtor owns a property located at 1616 27th Street SE, Washington, DC 20020 (the "Property").

B.    On October 19, 2020, 1616 27th Debtor executed a Business Loan Agreement and Promissory Note in favor of Congressional Bank, successor-by-merger to American Bank to evidence a loan made to Debtor in the principal amount of $2,660,000.00 (the "Note").  To secure

the debt obligation evidenced by the Note, the Note was secured by a Deed of Trust ("Deed of Trust") executed by Debtor in favor of the Bank dated October 19, 2020, and recorded among the Land Records of Washington D.C. at Document Number 2020129505.

C. The Debtor defaulted under the Note, which default remains uncured.

D. On September 11, 2023, this Court entered an *Order Confirming the Washingtonian L.L.C. and 1616 27th Street Flats L.L.C.'s Second Amended Joint Plan of Reorganization* confirming *The Washingtonian L.L.C. and 1616 27th Street Flats L.L.C.'s Third Amended joint Plan of Reorganization* (the "Plan") in the case captioned *In re 1616 27th Street Flats, L.L.C.*, Case No. 23-00024-ELG (Bankr. D.D.C.) (jointly administered under Case No. 23-00017-ELG). The Debtor defaulted under the Plan by failing to timely refinance the Note.

E. Forbright commenced a foreclosure proceeding regarding the Property. A foreclosure sale regarding the Property was scheduled for June 20, 2024.

F. Debtor acknowledges that cause exists to lift the automatic stay to allow Forbright to proceed with the foreclosure sale of the Property under 11 U.S.C. § 362(d).

## Order

THEREFORE, it is hereby ordered that:

1) The automatic stay imposed pursuant to 11 U.S.C. § 362(a) is modified to allow Forbright to take all actions necessary to foreclose upon the Debtor's interest in the Property and to exercise all remedies provided under the Note, Deed of Trust and applicable law.

2) Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this Stipulation and Order shall be effective and enforceable immediately upon entry, and any stay pursuant to Federal Rule of Bankruptcy Procedure 4001 shall not apply.

I ASK FOR THIS:

*/s/ John D. Sadler*
John D. Sadler, D.C. Bar No. 483301
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006-1157
202-661-7659
sadlerj@ballardspahr.com

*Counsel to Forbright Bank*

*/s/ Jeffery T. Martin, Jr.*
Jeffery T. Martin, Jr., Bar No. VA71860
John E. Reid, D.C. Bar No. 473541
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550
jeff@martinlawgroup.com
jack@martinlawgroup.com

*Counsel to the Debtor*

**END OF ORDER**

3