The order below is hereby signed.

Signed: June 26 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-00221 ELG |
| 1616 27th STREET FLATS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## STIPULATION AND CONSENT ORDER GRANTING
## RELIEF FROM THE AUTOMATIC STAY

Debtor 1616 27th Street Flats L.L.C. ("Debtor"), through its undersigned counsel, and Forbright Bank ("Forbright"), through its undersigned counsel, subject to the approval of the Court, enter into this Stipulation and Consent Order Granting Relief from the Automatic Stay (this "Stipulation and Order").

### Stipulation

A.  Debtor owns a property located at 1616 27th Street SE, Washington, DC 20020 (the "Property").

B.  On October 19, 2020, 1616 27th Debtor executed a Business Loan Agreement and Promissory Note in favor of Congressional Bank, successor-by-merger to American Bank to evidence a loan made to Debtor in the principal amount of $2,660,000.00 (the "Note"). To secure

DMFIRM #412866537 v1

the debt obligation evidenced by the Note, the Note was secured by a Deed of Trust ("Deed of Trust") executed by Debtor in favor of the Bank dated October 19, 2020, and recorded among the Land Records of Washington D.C. at Document Number 2020129505.

C.    The Debtor defaulted under the Note, which default remains uncured.

D.    On September 11, 2023, this Court entered an *Order Confirming the Washingtonian L.L.C. and 1616 27th Street Flats L.L.C.'s Second Amended Joint Plan of Reorganization* confirming *The Washingtonian L.L.C. and 1616 27th Street Flats L.L.C.'s Third Amended joint Plan of Reorganization* (the "Plan") in the case captioned *In re 1616 27th Street Flats, L.L.C.*, Case No. 23-00024-ELG (Bankr. D.D.C.) (jointly administered under Case No. 23-00017-ELG). The Debtor defaulted under the Plan by failing to timely refinance the Note.

E.    Forbright commenced a foreclosure proceeding regarding the Property. A foreclosure sale regarding the Property was scheduled for June 20, 2024.

F.    Debtor acknowledges that cause exists to lift the automatic stay to allow Forbright to proceed with the foreclosure sale of the Property under 11 U.S.C. § 362(d).

## Order

THEREFORE, it is hereby ordered that:

1)    The automatic stay imposed pursuant to 11 U.S.C. § 362(a) is modified to allow Forbright to take all actions necessary to foreclose upon the Debtor's interest in the Property and to exercise all remedies provided under the Note, Deed of Trust and applicable law.

2)    Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this Stipulation and Order shall be effective and enforceable immediately upon entry, and any stay pursuant to Federal Rule of Bankruptcy Procedure 4001 shall not apply.

I ASK FOR THIS:

*/s/ John D. Sadler*
John D. Sadler, D.C. Bar No. 483301
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006-1157
202-661-7659
sadlerj@ballardspahr.com

*Counsel to Forbright Bank*


*/s/ Jeffery T. Martin, Jr.*
Jeffery T. Martin, Jr., Bar No. VA71860
John E. Reid, D.C. Bar No. 473541
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550
jeff@martinlawgroup.com
jack@martinlawgroup.com

*Counsel to the Debtor*

**END OF ORDER**

3

United States Bankruptcy Court

District of Columbia

In re:                                                                                                           Case No. 24-00221-ELG
1616 27th Street Flats L.L.C.                                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1              User: admin              Page 1 of 1
Date Rcvd: Jun 26, 2024          Form ID: pdf001          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 1616 27th Street Flats L.L.C., 1616 27th Street SE, Washington, DC 20020-3959 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Sadler | on behalf of Creditor Forbright Bank formerly known as Congressional Bank Sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| John E. Reid | on behalf of Debtor In Possession 1616 27th Street Flats L.L.C. jack@martinlawgroup.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5