**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 24-00221-ELG |
| **1616 27th Street Flats L.L.C.** | Chapter 11 |
| Debtor(s). | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 8/7/2024 at 1:00 PM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 7/2/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.