**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 24-00221-ELG |
| **1616 27th Street Flats L.L.C.**<br>**Debtor(s).** | Chapter 11 |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 8/7/2024 at 1:00 PM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

        For the Court:
        Angela D. Caesar
        BY: AM
        Dated: 7/2/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court
District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00221-ELG |
| 1616 27th Street Flats L.L.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 02, 2024 | Form ID: pdf001 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 1616 27th Street Flats L.L.C., 1616 27th Street SE, Washington, DC 20020-3959 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |
| 779077 | + | Baker, 1616 27th St SE Unit 7, Washington, DC 20020-3959 |
| 779078 | + | Ewing, 1616 27th St SE Unit 9, Washington, DC 20020-3959 |
| 779079 | + | Forbright Bank f/k/a Congressional Bank, 4445 Willard Ave Ste 1000, Chevy Chase, MD 20815-3791 |
| 779080 | + | Ford, 1616 27th St SE Unit 8, Washington, DC 20020-3959 |
| 779081 | + | Jenkins, 1616 27th St SE Unit 10, Washington, DC 20020-3959 |
| 779082 | + | Kline, 1616 27th St SE Unit 2, Washington, DC 20020-3959 |
| 779083 | + | Martin, 1616 27th St SE Unit 5, Washington, DC 20020-3959 |
| 779084 | + | Motley, 1616 27th St SE Unit 1, Washington, DC 20020-3959 |
| 779085 | + | O Neal, 1616 27th St SE Unit 11, Washington, DC 20020-3959 |
| 779086 | + | Riggs, 1616 27th St SE Unit 6, Washington, DC 20020-3959 |
| 779087 | + | Smith, 1616 27th St SE Unit 3, Washington, DC 20020-3959 |
| 779075 | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 779088 | + | Young, 1616 27th St SE Unit 4, Washington, DC 20020-3959 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Jul 02 2024 21:53:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jul 02 2024 21:44:12 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2024 21:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Jul 02 2024 21:44:13 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Jul 02 2024 21:52:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Jul 02 2024 21:53:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jul 02 2024 21:52:00 | U.S. Attorney's Office, Civil Division, 601 D |

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2024 | Form ID: pdf001 | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| cr | ^ MEBN | Jul 02 2024 21:44:17 | Forbright Bank, formerly known as Congressional Ba, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |

Street, NW, Washington, DC 20530-0034

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John D. Sadler | on behalf of Creditor Forbright Bank formerly known as Congressional Bank Sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| John E. Reid | on behalf of Debtor In Possession 1616 27th Street Flats L.L.C. jack@martinlawgroup.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5