

John E. Reid

Direct: (703) 622-5169
Jack@martinlawgroup.com

July 1, 2024

**SENT VIA EMAIL**

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
mac@mbvesq.com

  *Re:* *1616 27th Street Flats, LLC; Case No. 24-221-ELG*
     *Dual Bankruptcy Estates*

Dear Mr. VerStandig:

  This law firm represents 1616 27th Street Flats, LLC, and we are writing to request your consent for an order dismissing Case No. 24-221-ELG (the "Second Case") with prejudice. Despite the points you raised in your letter dated June 21, 2024, it is our position that the Second Case is a legal nullity due to the existence of a prior bankruptcy estate (jointly administered case 23-00017-00028ELG)(the "First Case") at the time the petition in the Second Case was erroneously filed.

  We maintain that the facts and circumstances of these dual bankruptcy proceedings are directly analogous to those discussed in *In re Peaks*, 2007 Bankr. LEXIS 693 in construing the "single case" rule that simultaneous cases are not permitted and that a second case is a nullity. Similar to the facts cited in *In re Peaks*, the Second Case was filed due to a mistake by Debtor's counsel who misinterpreted the procedural posture of the Debtor's jointly administered First Case. The Second Case adds no legitimate purpose that is not present in the First Case. In support of our argument, the automatic stay does not apply in either case, allowing the secured creditor to proceed with a foreclosure sale of the Debtor's sole asset.

  To the extent that your client seeks to assert claims against Debtor's principal, we see nothing that would prevent you from filing an involuntary petition once the Second Case is dismissed. Again, the Second Case adds no utility to the estate, the Debtor, the creditors or any other party. For these reasons, judicial economy and the weight of the evidence squarely support dismissing the Second Case. I am happy to discuss these issues further by telephone.

               Very truly yours,

               *John E. Reid*
               John E. Reid