The order below is hereby signed.

Signed: July 11 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **1616 27th Street Flats L.L.C.,** | **Case No. 24-00221-ELG** |
| Debtor. | Chapter 11 |

## ORDER GRANTING MOTION TO SHORTEN TIME

Upon consideration of the oral motion ("Motion") by the Acting United States Trustee for Region 4 ("U.S. Trustee") to shorten time on his Motion to Convert or Dismiss Chapter 11 Case, with Prejudice ("Motion to Convert or Dismiss"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the Motion of the Acting United States Trustee is hereby GRANTED.

It is further ORDERED that the hearing on the Motion to Convert or Dismiss shall be heard on July 23, 2024 at 10:00 a.m. via a hybrid in-person or Zoom for Government format.

I Ask For This:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

John E. Reid jack@martinlawgroup.com

John D. Sadler Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**