The order below is hereby signed.

Signed: July 11 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **1616 27th Street Flats L.L.C.,** | **Case No. 24-00221-ELG** |
| **Debtor.** | **Chapter 11** |

## ORDER GRANTING MOTION TO SHORTEN TIME

Upon consideration of the oral motion ("Motion") by the Acting United States Trustee for Region 4 ("U.S. Trustee") to shorten time on his Motion to Convert or Dismiss Chapter 11 Case, with Prejudice ("Motion to Convert or Dismiss"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the Motion of the Acting United States Trustee is hereby GRANTED.

It is further ORDERED that the hearing on the Motion to Convert or Dismiss shall be heard on July 23, 2024 at 10:00 a.m. via a hybrid in-person or Zoom for Government format.

I Ask For This:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

John E. Reid jack@martinlawgroup.com

John D. Sadler Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00221-ELG |
| 1616 27th Street Flats L.L.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf001 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 1616 27th Street Flats L.L.C., 1616 27th Street SE, Washington, DC 20020-3959 |
| 779077 | + | Baker, 1616 27th St SE Unit 7, Washington, DC 20020-3959 |
| 779078 | + | Ewing, 1616 27th St SE Unit 9, Washington, DC 20020-3959 |
| 779079 | + | Forbright Bank f/k/a Congressional Bank, 4445 Willard Ave Ste 1000, Chevy Chase, MD 20815-3791 |
| 779080 | + | Ford, 1616 27th St SE Unit 8, Washington, DC 20020-3959 |
| 779081 | + | Jenkins, 1616 27th St SE Unit 10, Washington, DC 20020-3959 |
| 779082 | + | Kline, 1616 27th St SE Unit 2, Washington, DC 20020-3959 |
| 779083 | + | Martin, 1616 27th St SE Unit 5, Washington, DC 20020-3959 |
| 779084 | + | Motley, 1616 27th St SE Unit 1, Washington, DC 20020-3959 |
| 779085 | + | O Neal, 1616 27th St SE Unit 11, Washington, DC 20020-3959 |
| 779086 | + | Riggs, 1616 27th St SE Unit 6, Washington, DC 20020-3959 |
| 779087 | + | Smith, 1616 27th St SE Unit 3, Washington, DC 20020-3959 |
| 779075 | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 779088 | + | Young, 1616 27th St SE Unit 4, Washington, DC 20020-3959 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 779447 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2024 21:44:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 13, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| John D. Sadler | on behalf of Creditor Forbright Bank  formerly known as Congressional Bank Sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| John E. Reid | on behalf of Debtor In Possession 1616 27th Street Flats L.L.C. jack@martinlawgroup.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5