notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Washington, D.C.**
**E. Barrett Prettyman U. S. Courthouse**
**333 Constitution Ave, NW #1225**
**Washington, DC 20001**

FILED
JUL 15 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:**

1616 27th Street Flats L.L.C.
1616 27th Street SE
Washington, DC 20020-3959

THE UPDATED ADDRESS IS:

1616 27th Street Flats L.L.C. 5614 Connecticut Ave, NW, Suite 134 Washington, DC 20015

7/11/2024

Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

RECEIVED
Mail Room
JUL 15 2024
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

2

**Brittany Mathie**

| | |
|---|---|
| **From:** | Jack Reid |
| **Sent:** | Thursday, July 11, 2024 1:13 PM |
| **To:** | Brittany Mathie |
| **Subject:** | Fw: U.S. Bankruptcy Court, District of Columbia - Returned Mail Notice, In re: 1616 27th Street Flats L.L.C., Case Number: 24-00221, ELG, Ref: [p-215606252] |
| **Attachments:** | R_P12400221pdf0010013.PDF |

Hello Brittany,

Can you fill out and file this form with the following address:

1616 27th Street Flats L.L.C.
5614 Connecticut Ave, NW, Suite 134
Washington, DC 20015



**JACK REID** | COUNSEL*
Office: 703-834-5550| Cell: 703-622-5169
8065 Leesburg Pike, Suite 750, Vienna, VA 22182
**MARTINLAWGROUP.COM**
*Admitted in Maryland, D.C. and Virginia*

---

**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Wednesday, July 10, 2024 4:56 PM
**To:** Jack Reid <jack@martinlawgroup.com>
**Subject:** U.S. Bankruptcy Court, District of Columbia - Returned Mail Notice, In re: 1616 27th Street Flats L.L.C., Case Number: 24-00221, ELG, Ref: [p-215606252]

Notice of Returned Mail to Debtor/Debtor's Attorney
July 10, 2024
From: United States Bankruptcy Court, District of Columbia
Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: 1616 27th Street Flats L.L.C., Case Number 24-00221, ELG



TO THE DEBTOR/DEBTOR'S ATTORNEY:
The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.
**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.
Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the

1