# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** : | |
| : | |
| **1616 27th Street Flats, L.L.C.,** : | **Chapter 11** |
| : | |
| : | **Case No. 24-000221-ELG** |
| **Debtor.** : | |
| : | |

## ORDER DENYING MOTION FOR DERIVATIVE STANDING

THIS MATTER having come before the Court upon the Motion for Derivative Standing filed by WCP Fund I LLC, and the Opposition thereto filed by the Debtor, it is hereby

ORDERED that the Motion be and is hereby DENIED.

I ASK FOR THIS:

/s/ John E. Reid
Jeffery T. Martin, Jr., Bar No. VA71860
John E. Reid, D.C. Bar No. 473541
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550

jack@martinlawgroupva.com
Counsel to the Debtor

**END OF ORDER**